interest, front pay, back pay, costs (including expert witness fees), liquidated damages, negative tax consequence

damages, front pay and such other relief as the Jury shall deem appropriate, with Amount to be determined by a jury.

SIGNED,

JASMINE OLIVER

*/s/ Jasmine Oliver*

2022 FEB 16 P 4: 24
CLERK USDC EDWI
FILED