**State of Wisconsin**
Dept. of Workforce Development
Equal Rights Division

# Discrimination Complaint
## Wisconsin Fair Employment Law
Wis. Stat. §§ 111.31-111.395

ERD Case # CR 201902057

For office use only
RECEIVED
AUG 28 2019
DWD - EQUAL RIGHTS

Authorization for this form is provided under Wis. Stat. § 111.39(1).

Personal information you provide may be used for secondary purposes [Privacy Law, Wis. Stat. § 15.04(1)(m)].

READ instructions on page two FIRST then type or print in black ink.

## 1. Complainant Information

- First Name: Jasmine
- Middle Initial: S
- Last Name: Oliver
- Street Address/PO Box: 3221 W. Oklahoma Ave Apt 3
- City: Milwaukee
- State: WI
- Zip Code: 53219
- Telephone Number: 414 640-1505
- E-Mail Address: mugsoliverjasmine@gmail.com

## 2. Respondent Information

The **company**, agency, or union you believe discriminated against you. Name only **ONE** Respondent per form. *Do not name an individual person as Respondent.*

- Name: Amazon MKE1
- Street Address/PO Box: 3501 120th Ave
- City: Kenosha
- State: WI
- Zip Code: 53144
- Telephone Number: 262-859-0001
- In what Wisconsin county did the violation take place? Kenosha

## 3. CHECK ONLY THE BOXES THAT WERE THE REASON FOR DISCRIMINATION

If you checked a box with an *, the statement in that box **must** be completed.
I believe the Respondent discriminated or took action against me **because**

- [ ] of my race * which is _____
- [ ] of my color * which is _____
- [ ] of my national origin/ancestry * which is _____
- [x] of my sex * which is perceived transsexual
- [ ] of my pregnancy or maternity
- [ ] of my disability * which is _____
- [ ] of my age (40 or older) * my date of birth is _____
- [ ] of my conviction record
- [ ] of my arrest record
- [ ] of my sexual orientation * which is _____
- [ ] of my creed (religion) * which is _____
- [ ] I declined to attend a meeting or to participate in a communication about religious matters or political matters.
- [ ] of my marital status * which is _____
- [ ] of my military service
- [ ] of my use or nonuse of lawful products
- [ ] of genetic testing
- [ ] of polygraph testing
- [ ] I filed a previous **discrimination complaint** with Equal Rights or testified or assisted with a discrimination complaint. Enter Case # CR _____

- [x] I opposed discrimination in the workplace (refer to instruction 2(c) on page 2 of this form)
- [ ] The Respondent printed or circulated, advertised or published a discriminatory statement
- [ ] The Respondent used a discriminatory application or made a discriminatory inquiry about prospective employment

## 4. Dates of discrimination (Required; estimate if unsure)

- Date the discrimination began? mm/dd/yyyy: 04/01/2019
- Date of the most recent discrimination? mm/dd/yyyy: 08/15/2019
- [ ] My employment was terminated on _____ (if applicable)

[1] This form covers discriminatory actions alleged under §§ 111.322(1), (2), and (3) of the Wisconsin Fair Employment Law. Discrimination alleged under § 111.322(2m) must be filed using form ERD-18359, "Retaliation Complaint."

ERD-4206 (R. 05/2018)



Kaiser Decl. Exhibit **A**

## 5. Statement of discrimination:

Write a brief, concise statement explaining how you were discriminated against. Give the **date** each action occurred and the **name** of the person who took the action. Explain how each action(s) was related to the box (es) you checked in section #3 on page one.

Attached →

## 6. Certification and Signature

By my signature below, I certify that I have read the above complaint, and, under penalties of law, I declare that this complaint is true and correct to the best of my knowledge and belief. I understand that this complaint is an open record and may be provided to the employer or others under the provisions of Wisconsin's Open Records Law.

| Signature of Complainant or authorized representative | Date signed |
|---|---|
| *[signature]* | 08/07/2019 |

Please complete Equal Rights Process Information Sheet on Page 4

Jasmine Oliver, Statement of Discrimination

I was hired by Amazon on approximately November 6, 2018 as a Warehouse Associate.

First, in or around March and April 2019, I was subjected to harassment based on sex. Specifically, numerous co-workers alleged that I am transsexual, and made disparaging comments to that effect, both directly to me and outside my presence. These co-workers include but are not necessarily limited to: Davina McGround, Kimberly Nash, Tavion and an unidentified co-worker, who started the allegation.

I complained about the conduct to Human Resources at the time, specifically identifying the harassing conduct and the individuals responsible. To my knowledge, Human Resources took no corrective action against the co-workers in question. Further, following my complaints, I began being scheduled in direct proximity to the co-workers in question, who continued the harassment. I believe this was in retaliation for my underlying complaint.

I then began experiencing sexual harassment from another co-worker in or around July 2019. This individual first conveyed that the allegations that I am transsexual have continued long after my initial complaints to Human Resources. He then repeatedly harassed me via sexually suggestive and sexually explicit statements. I again complained of this conduct to Human Resources at the time, which again apparently took no corrective action against the individual responsible. To the degree Amazon asserts that they do not know this person's identity, it should be noted that (a) there are cameras monitoring the workplace and (b) managerial staff are able to access photographs of all staff, such that I could have identified the individual if given the opportunity. The most recent instance of such harassment took place roughly one week ago, long after I initially notified Human Resources.

I have now been placed in a particularly disadvantageous work station, such that my productivity is likely to suffer, which could lead to discipline up to and including termination. I also continue to be placed in direct proximity to my original harassers, who continue to make disparaging remarks about my perceived or alleged transsexuality. I have also been denied training opportunities that could and likely would lead to my promotion. I believe each of these actions are retaliatory.