NJ
22c149

CLERK USDC EDWI
FILED

2022 NOV -8 P 12: 29

# Exhibit B

 Gmail                                         Jasmine Oliver <prosejasmine804@gmail.com>

## Oliver v. Amazon - Discovery

**Jasmine** <prosejasmine804@gmail.com>                                      Mon, Sep 19, 2022 at 4:51 PM
To: Jasmine Oliver <prosejasmine804@gmail.com>

Dear Casey,

Attached is the Plaintiffs responses to interrogatories and requests for production, in case the files didn't transfer with the 1400 documents for discovery.

Thanks,

jasmine

[Quoted text hidden]

[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
>
> [Quoted text hidden]
> Kind regards,
>
> *Jasmine Oliver*

[Quoted text hidden]

---

**2 attachments**

- **9-15-22-Interrogatories-JasminevAmazon.pdf**
  699K

- **Plaintiff-response-9-15 First Set of Requests for Production.pdf**
  246K