NJ
22 c 149

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2022 NOV -8  P 12: 32

CLERK OF COURT

# Exhibit D

◎ **COMPLETE REPORT - CLEAR**

◎ **OrderID -** ████████

# Sterling

**OLIVER, JASMINE SHAQUIA**
8221 WEST OKLAHOMA AVENUE APT 3
MILWAUKEE, WI, WI 53219

████████████████████████████

PHONE: 888.889.5248
646.829.3382
dispute.resolution@sterlingcheck.com

## *** CONFIDENTIAL BACKGROUND SCREENING REPORT ***

(INFORMATION CONTAINED IN THIS REPORT IS PUBLISHED IN ACCORDANCE WITH FEDERAL AND WI STATE LAWS)

### REPORT SUMMARY

| COMPONENT | IDENTIFIERS | STATUS | RESULT |
|---|---|---|---|
| SSN Trace | XXX-XX-████ | Complete | Complete |
| County Court Search | Oliver, Jasmine Shaquia, WI-MILWAUKEE | Complete | Clear |
| County Court Search | ████████, WI-MILWAUKEE | Complete | Clear |
| County Court Search | ████████, WI-MILWAUKEE | Complete | Clear |
| County Court Search (Validator) | Oliver, Jasmine Shaquia, WI-KENOSHA | Complete | Clear |
| Federal Court Search | ████████, WI-EASTERN DISTRICT | Complete | Clear |
| Federal Court Search | ████████, WI-EASTERN DISTRICT | Complete | Clear |
| Federal Court Search | Oliver, Jasmine Shaquia, WI-EASTERN DISTRICT | Complete | Clear |
| Drug & Health Test - 9 Panel Urine Drug Test | Oliver, Jasmine Shaquia, EChain | Complete | Clear |
| Office of Foreign Assets Control | Oliver, Jasmine Shaquia | Complete | Clear |
| DOJ Sex Offender Search | Oliver, Jasmine Shaquia | Complete | Clear |
| Enhanced Nationwide Criminal Search | Oliver, Jasmine Shaquia | Complete | Complete |

**Pursuant to Minn. Stat. Ann. 332.70(4): The report may include information that has been expunged, sealed, or has otherwise become inaccessible to the public since the date it was collected.**

**This report or portions of this report may have been rated or scored pursuant to criteria provided by the end-user. The rating is merely to ease the reviewer(s) review of the report and does not indicate that any employment decision has been made. Regardless of any rating applied by Sterling based on the end-user's criteria, the end-user must review all reports to conduct a case-by-case individualized analysis before making any decision.**

**References to a specific "Level" in the Result Column or as indicated in a Component Title are based solely on an end-user's criteria and do not refer to any label used by any sex offender registry, government agency, or public record repository.**

**Sterling provides the information contained in this report to End-User to be used solely for a permissible purpose as defined in the Fair Credit Reporting Act. If the End-User intends to take adverse action based in whole or in part on the contents of this report, the End-User must provide the consumer with notices that it is taking adverse action and those notices**