UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASMINE OLIVER,

    Plaintiff,

 v.                                                     Case No. 22-CV-149

AMAZON.COM SERVICES, LLC,

    Defendant.

## ORDER

Presently before me is Jasmine Oliver's expedited non-dispositive motion to compel production of documents and responses to interrogatories. (Docket # 30.) Amazon opposes the motion on various grounds, including that Oliver only sought to meet and confer with Amazon regarding Interrogatory Nos. 2, 5-9, and 12-21, not Interrogatory Nos. 1 and 11, which she now compels production of responses. (Docket # 31.)

I am ordering the parties to again meet and confer—either by telephone, video conference, or in person—and to make a good faith effort to resolve both the issues Oliver raises in her motion and the issues Amazon raises in its response. The parties are ordered to provide the Court with an update as to any outstanding discovery issues no later than **December 16, 2022**. If, after meeting and conferring in good faith, the parties remain unable to resolve these issues, I will schedule a hearing to address any remaining discovery disputes.

    **SO ORDERED**.

Dated at Milwaukee, Wisconsin this 29th day of November, 2022.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge