# Norphlet Decl. Exhibit A

# amazon

| Witness Statement | Name: Marissa Dyess |
|---|---|
| Date: 5/23 | Time: |
| Investigating Manager: | |

**Incident Re:-**

Initials:

The problem extended to the beginning of my shift. As I'm getting gloves she's standing right next to me, not behind me to get gloves so I said 6 feet and that's when things escalated. From the start of me getting gloves by the stand up for pick/stow in A-mod into AFE 1 she was non-stop yelling. Jasmine stated "I've been to jail before for beating someone up" she then walked in front of me walking backwards screaming "beat my a**". She ran into nearly every rebiner from wall 22-12 chanting the same saying. While recording me. I repeatly kept saying we're @ work. I then asked a manager to go to HR

As she was yelling I said I'm not going to argue with someone who has to wear wigs

| Signature Witness: | Marissa Dyess |
|---|---|
| Signature Investigating Manager: | |

Amazon (Oliver) 0001302

# amazon

| Witness Statement | Name: Marissa Dyess |
|---|---|
| Date: 5/23 | Time: 2pm |
| Investigating Manager: | |

**Incident Re:-**

Incident the week of May 18th: Jasmine Oliver hasn't been following social distancing for about a month now. Last week I finally addressed it when she cut in front of me walking as I was following a man who was limping (obviously hurt). I felt she was picking with me as before because if her motive was to get to where she was going fast, there were numerous ways she could've taken. When I addressed her about it I stated "You've been cutting me off for weeks not following the left rule, if you have a problem with me than just say that." At first she walked away then she started screaming. I was going to my car at lunch as always and as I passed security I asked Ore if he heard her screaming he replied yes because she was yelling at me until I left the building. After lunch I seen her outside and I thought that was a better approach than inside around people. I stated to get her attention "Hey, can we talk?" I take the left rule serious since I live with high risk peo[ple] this includes my 70yr old grandpa who beat cance[r]

| Signature Witness: | |
|---|---|
| Signature Investigating Manager: | |

twice, 70yr old grandma who just had double by pass surgery 10 months ago & a 5yr old baby girl. So as I got her attention I was 100% honest about my feelings. I stated "You cut me off

Amazon (Oliver) 0001303

violating the 6ft rule when you could've went around us. If your intention was to walk fast to get where you need to go you could've went the other way. Therefore I feel like you're picking with me". She jumped in and abruptly interrupted me saying "Well I'm going to do whatever I wanna do". I then just told my manager & HR what happened, because I felt like she admitted to what she was doing & is going to continue doing it.

Pg ②

Incident on 5/23

As I came to HR I stated "I'm reporting someone who's not following the 6ft rule, I addressed it and it escalated. So I'm here to prevent further escalation" when they asked how can I help you.

Amazon (Oliver) 0001304