# Norphlet Decl. Exhibit B

Jasmine Oliver says that AA Marissa has been trying to fight her since last week, last Monday. Leaving the building last Monday for 9:00 or 11:00 break, exiting the building she felt that Marissa was upset b/c she was walking too slow for her. She said that Marissa began to flip out on her and she asked her if she had a problem, Marissa she said that Marissa then said, "meet me outside." Jasmine says that she immediately went to Ben & William and said that she has filed 5 reports & wants this incident recorded. A water spider seen her talking to security about this. She says that security did nothing when she shared this information. After break she says Marissa asked her, "where were you b/c we can fight, we can fight after work." Jasmine said that she responded with, "We can fight." Marissa responded, "ok".

On today 5/23 she walked up to the monitors Marissa said, "Where were you? We were supposed to fight." Jasmine said she responded, "Let's go we can do it now!" She says Marissa pulled her phone out & began recording and said,

EXHIBIT 3
WIT:
DATE: 3-15-23
Halma Reporting Group, Inc.

AMAZON 0105

Case 2:22-cv-00149-NJ   Filed 04/03/23   Page 2 of 3   Document 55-2

Amazon (Oliver) 0000887

"you see we at work right." Jasmine admitted to continually going off. + also tried recording but it did not work. Everyone on the wall seen the event. Jasmine says that she has every right to defend herself ~~yourself~~. She also says she has PTSD that causes her to get aggressive when provoked. She refuses to write a statement + will only give verbal statements. She is aware that I am writing this to have proper documentation on her behalf of what happened. She says that she will also be filing a complaint w/ the EEOC + Equal rights division. She says that she reported the threat + nothing was done.

Tifashia Norphlet 5123

x Tifa Norphlet