# Norphlet Decl. Exhibit C

# amazon

| Witness Statement | Name: Joseph Simonson |
|---|---|
| Date: 05/23/2020 | Time: Approx 18:40 |
| Investigating Manager: | |

**Incident Re:-** Associate Jasmine Oliver was trying to Provoke another Associate to Fight Her

Associate Jasmine Oliver was walking Backwards along Rebin wall B Recording on Her phone another Associate Marrissa Dyess trying to provoke a fight, while Screaming Irrate-

While I was rebinning She almost walked into me. I put my hand out to keep her from backing into me, which in turn She started Screaming at me. This is the Second Incident where Jasmine has tried Starting a fight with Marissa.

Signature Witness: Joseph Simonson JEZMS
Signature Investigating Manager:

Amazon (Oliver) 0001298

Marissa was helping a handicap man Another Associate of Amazon last week when Jasmine cut them both off in a haste. When Marissa mentioned that was rude. Jasmine snapped trying to provoke a fight.

— 05/23/2020 —

"She mentioned she was arrested before for fighting, and will do it again"

Her words. She does have recorded video on phone.

Amazon (Oliver) 0001299