# Norphlet Decl. Exhibit D

# amazon

| Witness Statement | Name: Amy Lunsford |
|---|---|
| Date: | Time: |
| Investigating Manager: | |

**Incident Re:-**

| Initials | |
|---|---|
| | Right before 18:30 I heard someone screaming, but all I could make out was the F word. I walked from behind wall 13 and noticed Jasmine walking in front of Marina, but she was screaming at her the whole time. It was extremely heated and Jasmine's arms were flailing all over. Marissa appeared to try and stay back from ~~her~~ her. I could not hear if Marina actually said anything and I did not observe whether either had their phones. Marina stayed by wall 13 and Jasmine was by gateway when she really got loud and was trying to come back to wall 13. It appeared that Marina was trying to stay away, although I didn't hear her say anything. Then leadership was involved. |

Signature Witness:
Signature Investigating Manager:

Amazon (Oliver) 0001300