# Norphlet Decl. Exhibit E

# amazon

| Witness Statement | Name: Ivonne Moreno |
|---|---|
| Date: May 23 | Time: |
| Investigating Manager: | |

**Incident Re:-**

**Initials**

Saw Jasmine O. Screaming to another AA Marissa. There where walking toa Gate Keep right on Rebin side 14, 15L. I came out and heard jasine saying "I dont give a fuck Bitch I will fuck you up walk away frome" She keep repeating Her self a bunch a times. Right at Gate Keep my AM walk and Try to get jasmine awy. from Marissa while i got in the midle and told Marissa To walk Back away from Her. She Keeps screeming to marissa "Bitch fuck you, I will fuck up" Marissa just say I was just walking Behind her I dont know why She felling she was recording. Another AA Joseph S. just told jasmine "Hey Jasmine watch where you are goin".

I dint see marissa phone on her hand.

Signature Witness: Ivonne Moreno
Signature Investigating Manager:

Amazon (Oliver) 0001305