# Norphlet Decl. Exhibit F

